

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2022

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Justin Ramirez*, 22-cr-504 (VSB)

Dear Judge Broderick:

    This afternoon, the Court informed the parties that the defendant would not be produced for the conference scheduled in the above-captioned case due to COVID-19 quarantine procedures at the MDC. The Court has rescheduled the conference in this matter for October 4, 2022 at 3:30 p.m. The Government respectfully moves to exclude time from today until October 4, 2022 at 3:30 p.m. pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161. The requested exclusion of time serves the interest of justice as it will allow the Government to prepare to produce discovery, the defendant to review discovery, and the parties to discuss a potential resolution of the case.

    Thank you for considering this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Meredith Heller (by ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  09/30/2022

The arraignment and initial conference scheduled for September 29, 2022 is hereby adjourned to October 4, 2022 at 3:30 p.m. The adjournment is necessary to permit the Government to prepare to produce discovery, the defendant to review discovery and the parties to discuss a potential resolution of the case. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between September 30, 2022 and October 4, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.