**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 1/12/2023
>
> The status conference scheduled for January 13, 2023, is hereby adjourned to February 17, 2023, at 10:00 a.m. The adjournment is necessary to allow the defense to assess the implications of Mr. Ramirez's state case for the defense of this matter. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 13, 2023, and February 17, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice. So ordered.

January 10, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:  *United States v. Justin Ramirez*
     22-cr-504 (VSB)

Dear Judge Broderick,

    This letter is submitted on behalf of my client, Justin Ramirez. Mr. Ramirez seeks a 30-day adjournment of the status conference, currently scheduled for January 13, 2023, at 4:00, on the consent of the government. This adjournment is requested because Mr. Ramirez's state case, which shares a similar factual predicate to the instant case, it scheduled for trial on February 9, 2023, in New York Supreme Court, Bronx County. This adjournment will permit the parties to be better informed regarding the outcome of the state matter. The defense consents to the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    Thank you for considering this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc: A.U.S.A. Brandon C. Thompson (via ECF)