

U.S. Department of Justice

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 10/26/2023

The status conference scheduled for October 27, 2023 is hereby adjourned to January 29, 2024 at 12:00 p.m. The adjournment is necessary to allow the defense to continue to review discovery as well as keep apprised of the defendant's state case, which shares similar facts as those in this case. The adjournment will also permit the parties to complete their discussions related to a potential resolution of this case. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between October 27, 2023 and January 29, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Justin Ramirez*, 22 Cr. 504 (VSB)

Dear Judge Broderick:

The Government writes on behalf of the parties to seek a 90-day adjournment of the conference scheduled in the above-captioned matter for October 27, 2023 at 10:00 a.m. Based on conversations with the defense, the Government understands that this extension will allow the defense to continue to review discovery as well as keep apprised of the defendant's state case, which shares similar facts as those in this case. The Government, with the defendant's consent, respectfully moves to exclude time from today until the new date that the Court sets for the status conference pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The requested exclusion of time serves the interest of justice as it will allow the defense to review discovery as well as permit the parties to discuss a potential resolution of the case.

Thank you for considering this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Meredith Heller (by ECF)